(Del. Rev. 11/14) Pro Se General Complaint Form

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

_Cornerstone RA trust_
_c/o : thomas-martin; : happle : :_

FILED
DEC 07 2023
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

_Judge John PAPARAZZO_
_JOHN PAPARAZZO_

Civ. Action No. **23 = 1 4 0 1**
(To be assigned by Clerk's Office)

## COMPLAINT
(Pro Se)

Jury Demand?
☐ Yes
☒ No

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)_

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

---

Page 1 of 8
Exhibit Ⓐ

(Del. Rev. 11/14) Pro Se General Complaint Form

## I.    PARTIES IN THIS COMPLAINT

### Plaintiff

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff:    Cornerstone RA tRust -
Name (Last, First, MI)

P. O. Box 923
Street Address

Sussex   Millsboro  DE [19966] near
County, City                        State              Zip Code

973-919-7310        Tomassportsbeep.com
Telephone Number              E-mail Address (if available)

### Defendant(s)

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:    PAParazzo , John
Name (Last, First)

91 Pompton tpk.
Street Address

PASSAIC, Riverdale, New Jersey 07457
County, City                    State              Zip Code

Defendant 2:    _____
Name (Last, First)

_____
Street Address

_____
County, City              State              Zip Code

(Del. Rev. 11/14) Pro Se General Complaint Form

**Defendant(s) Continued**

Defendant 3: _____
               Name (Last, First)

               _____
               Street Address

               _____
               County, City                State            Zip Code


Defendant 4: _____
               Name (Last, First)

               _____
               Street Address

               _____
               County, City                State            Zip Code


## II.    BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☒ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☒ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☒ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

18 UCC 241-242, 28 USC 3002(15)
Under the Color of Law, Slavery,
18 USC 3571, Denied provision set in
the Constitution, ARMed Deprivation of
Rights, ect.

(Del. Rev. 11/14) Pro Se General Complaint Form

## III.    VENUE

*This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

Federal law was broken and this court has jurisdiction over all federal Matters and a fair and just court is required.

## IV.    STATEMENT OF CLAIM

Place(s) of occurrence:    Millsboro DELAWARE

Date(s) of occurrence:    April 5TH 2023

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

What happened to you?

Plaintiff is located in Delaware and is a trust in Common Law. As a trust it is exempt from Commercial Court Jurisdiction, and that court has no standing in trust Matters.

(Del. Rev. 11/14) Pro Se General Complaint Form

Riverdale court fail to
produce proof of Jurisdiction
with proof of Standing and
Demanded compliance.
We were thown out of
the court and I was refused
to speak.
the Basic Right to Travel
was dismissed as a falsehood.
the Constitution wasn't
allowed to be brought
up as a defense. Which I
Understand clearly, Being it's a
Commerical court.
they wouldn't let me
speak, I am not a BAR Attorney,
I am a Lawyer for our
Families trust.

Was anyone
else
involved?

NOT Available at this
time

(Del. Rev. 11/14) Pro Se General Complaint Form

Law

Silence is Acceptance!

Who did
what?

Judge John PApArazzo
was rude and un dishonored.
Had me removed from the
Court room and "railroad"
my son (trustee) into a plea
of not guilty.
   Violating all due process
of law.
   He Threatened me and
removed me from the room.
See attached presentment
He Has accepted my presentment
By Remaining Silent.

(Del. Rev. 11/14) Pro Se General Complaint Form

## V.    INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## VI.    RELIEF

*silence is Acceptance*

The relief I want the court to order is: OPPORTUNITY TO CURE

☒    Money damages in the amount of: $ 5,055,000.00

☒    Other (explain): Summary Judgement —

3rd notice of Default

FORCE compliance of the charges presented to John Paparazzo according to GAAP Rules and according to UCC Fee Schedule.
I Demand that ORIGinal Articial 13TH Amendment of the Original Constitution of 1819 Be enforced "THE TITLE of Nobility Amendment" 1810-1819    Article 1, Section 9, Clause 8, loss of citizenship.
John is to Be Disbaned and Removed from the Bench of any Court Room.

Page **7** of 8

(Del. Rev. 11/14) Pro Se General Complaint Form

## VII.    CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

12 - 5 - 2023
Dated

thomas-martin; happle
Plaintiff's Signature

HAPPIE, THOMAS    M
Printed Name (Last, First, MI)

P.O. Box 923    Millsboro    DE    [19966] near
Address    City    State    Zip Code

973-919-7310
Telephone Number

Tom@SPORTSBeep.com
E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

# 3rd *NOTICE OF DEFAULT, OPPORTUNITY TO CURE*

**You have 10 days to respond and rebut every fact in the attached document or I am entitled to a judgment as a matter of fact and law.**

## *Maxims of Law:*

1. All men and women know that the foundation of law and commerce exists in the telling of the truth, and nothing but the truth.

2. Truth, as a valid statement of reality, is sovereign in commerce.

3. An unrebutted affidavit stands as truth in commerce.

4. An unrebutted affidavit is acted upon as the judgment in commerce.

5. Guaranteed- All men shall have a remedy by the due course of law. If a remedy does not exist, or if the remedy has been subverted, then one may create a remedy for themselves - and endow it with credibility by expressing it in their affidavit.

## *Challenge to Jurisdiction*

"When a judge acts where he or she does not have jurisdiction to act, the judge is engaged in an act or acts of treason." US v Will, 449 US 200,216, 101 S Ct, 471, 66 LEd2nd 392, 406 (1980) Cohens V Virginia, 19 US (6 Wheat) 264, 404, 5LEd 257 (1821)

"A court cannot confer jurisdiction where none existed and cannot make a void proceeding valid. It is clear and well-established law that a void order can be challenged in any court", OLD WAYNE MUT. L. ASSOC. v. McDONOUGH, 204 U. S. 8, 27 S. Ct. 236 (1907) "Where a court failed to observe safeguards, it amounts to denial of due process of law, court is deprived of juris." Merritt v. Hunter, C.A. Kansas 170 F2d 739

"Jurisdiction can be challenged at any time," and "Jurisdiction, once challenged, cannot be assumed and must be decided." Basso v. Utah Power & Light Co. 395 F 2d 906, 910

"...[H]owever late this objection [to jurisdiction] has been made, or may be made in any cause, in an inferior or appellate court of the United States, it must be considered and decided, BEFORE any court can move ONE FURTHER STEP IN THE CAUSE; as any movement is necessarily the exercise of jurisdiction." RHODE ISLAND MASSACHUSETTS, 37 U.S. 657, 718, 9 L.Ed. 1233 (1838).

"Jurisdiction can be challenged at any time," and "Jurisdiction, once challenged, cannot be assumed and must be decided." Basso v. Utah Power & Light Co. 395 F 2d 906, 910.

---

"Indeed, no more than (affidavits) are necessary to make the prima facie case." United States v. Kis, 658 F.2nd, 526, 536 (7th Cir. 1981); Cert Denied, 50 U.S. L.W. 2169; S. Ct. March 22, 1982